IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 10-CR-42-C ) |
| GEORGINA PONCE MENDOZA, a/k/a "Georgina Ponse Mendosa," | ) ) ) ) |
| Defendant. | ) ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, in light of the guilty plea and sentencing of defendant to Use of a False Identification to Access Fort McCoy, in violation of 18 U.S.C. § 1382, pursuant to a written plea agreement, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the indictment against defendant Georgina Ponce Mendoza, a/k/a "Georgina Ponse Mendosa."

Dated this 10th day of May, 2010.

Respectfully submitted,

STEPHEN P. SINNOTT
United States Attorney

By:
/s/

STEPHEN P. SINNOTT
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
HONORABLE WILLIAM M. CONLEY
United States District Judge

Dated: 5/10/10